
RECEIVED
JAN - 9 2013
JOHN P. HEHMAN, CLERK
DAYTON, OHIO

# UNITED STATES DISTRICT COURT

## for the

## Southern District of Ohio

| | | |
|---|---|---|
| SHARON K. BERRIDGE, ET AT. | * | Case No. 3:12-cv-00352-TMR |
| Plaintiff, | * | Judge Rose |
| vs. | * | |
| RITA K. THOMASON AND STANDARD INSURANCE COMPANY | * | **AGREED ORDER AND ENTRY** |
| Defendants. | * | |

Upon agreement of the parties, the Defendant, Rita K. Thomason, shall not dispense or dispose of in any way, the remaining proceeds received from Noel J. Berridge's insurance police, approximately $20,000.00 pending further order of the Court.

IT IS SO ORDERED:

_____
JUDGE ROSE

_____
David M. McNamee (0068582)
Attorney for Plaintiff
McNamee Law Office, LLC
42 Woodcroft Trail, Suite D
Beavercreek, Ohio 45430
(937) 427-9650
(937) 427-9659 (Fax)

_____
Dana A. Stamps (#0018389)
Attorneys for Rita K. Thomason
3814 Little York Rd.
Dayton, Ohio 45414
(937) 898-9440
(937) 890-4694 (Fax)

_____
Warren Sebastian von Schleicher
180 N. LaSalle St., Ste 3130
Chicago, Illinois 60601
(312) 541-0300
(312) 541-0933 (Fax)

2

IT IS SO ORDERED:

JUDGE ROSE

David M. McNamee (0068582)
Attorney for Plaintiff
McNamee Law Office, LLC
42 Woodcroft Trail, Suite D
Beavercreek, Ohio 45430
(937) 427-9650
(937) 427-9659 (Fax)

Dana A. Stamps (#0018389)
Attorneys for Rita K. Thomason
3814 Little York Rd.
Dayton, Ohio 45414
(937) 898-0440
(937) 890-4694 (Fax)

Warren Sebastian Von Schleicher
180 N. LaSalle St., Ste 3130
Chicago, Illinois 60601
(312) 541-0300
(312) 541-0933 (Fax)

2