**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**Sharon K. Berridge, et al.,**

        Plaintiffs,

                                   Case No. 3:12-CV-352

   vs

                                   District Judge Thomas M. Rose

**Standard Insurance Company et al.,**

        Defendants.

---

### ORDER TO SHOW CAUSE

---

      This matter comes before the Court on its own initiative. On October 22, 2012, Notice to Counsel (doc. 4) was filed instructing Counsel how to proceed pro hac vice.  Counsel for the Defense subsequently filed motions and notices of appearance.  Counsel for the Plaintiff did not respond to the notice.  On March 7, 2013, Counsel for Plaintiff was contacted by the Court for failure to comply.  Counsel stated the Court could expect a motion to be filed no later than March 11, 2013.  As of today's date, a motion or notice of appearance has not been received from Plaintiff.

      Therefore, the Court **ORDERS** that the Plaintiff shall show cause in writing no later than **July 5, 2013**, why this case should not be dismissed for failure to prosecute. Failure to show cause may result in termination of this case.

      **DONE** and **ORDERED** in Dayton, Ohio on this 25th day of June, 2013.

*s/Thomas M. Rose*

_____

Thomas M. Rose, Judge
United States District Court