# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Sharon K. Berridge, et al.,

        Plaintiffs,

-vs-

                                                        Case: 3:12-CV-352

Standard Insurance Company, et al.,

        Defendants.

## ORDER OF DISMISSAL

On June 25, 2013, the Court issued an order to show cause as to why this case should not be dismissed for failure to prosecute. (Doc. 17). The Plaintiff has neither filed a notice of appearance, nor responded to the Court's order to show cause.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED,** without prejudice. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on this 10th day of July, 2013.

                                                        *s/ Thomas M. Rose*
                                                        THOMAS M. ROSE
                                                        UNITED STATES DISTRICT JUDGE